**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| ZACKERY SCOTT MURPHY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00173-HEA |
| MISSISSIPPI COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER OF DISMISSAL**

This matter is before the Court upon its own motion. On January 23, 2025, mail sent to self-represented Plaintiff Zackery Scott Murphy was returned to the Court as undeliverable and no new address for Plaintiff could be verified. *See* ECF No. 6 at 1 (Return to Sender date of "01/23/25"). Local Rule 2.06(B) requires every self- represented party to promptly notify the Clerk (and all other parties) of any change in address. Local Rule 2.06(B) further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." On February 25, 2025, after more than thirty days had passed since the letter from the Clerk of Court was returned and Plaintiff has not informed the Court as to his new address, the Court issued a Show Cause Order giving Plaintiff ten (10) days to show cause as to why this case should not be dismissed. *See* ECF No. 7. Plaintiff has not responded to that Order and the time for doing so has passed.

In addition, Plaintiff has failed to comply with the Court's Order dated December 31, 2024, directing him to file a second amended complaint within thirty (30) days. *See* ECF No. 5. As a result, the Court shall dismiss this action for failure to comply with a Court Order under Federal Rule of Civil Procedure 41(b) and for failure to notify the Court of Plaintiff's forwarding address pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 24th day of March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE